UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

*Eastern District of Kentucky*
*FILED*
*JAN 1 8 2024*
*AT LEXINGTON*
*Robert R. Carr*
*CLERK U.S. DISTRICT COURT*

UNITED STATES OF AMERICA

V.                                         INDICTMENT NO. 5:24CR008-KKC-MAS

ERIC KELSEY SHEPHERD

\* \* \* \* \*

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 2251(a)

In or about March 2022, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**ERIC KELSEY SHEPHERD**

employed, used, persuaded, induced, enticed, and coerced a minor, Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that such visual depiction would be transported or transmitted in or affecting interstate or foreign commerce or using any means or facility of interstate or foreign commerce, or that such visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 2
### 18 U.S.C. § 2251(a)

In or about April 2022, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

### ERIC KELSEY SHEPHERD

employed, used, persuaded, induced, enticed, and coerced a minor, Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that such visual depiction would be transported or transmitted in or affecting interstate or foreign commerce or using any means or facility of interstate or foreign commerce, or that such visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## COUNT 3
### 18 U.S.C. § 2251(a)

In or about May 2022, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

### ERIC KELSEY SHEPHERD

employed, used, persuaded, induced, enticed, and coerced a minor, Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that such visual depiction would be transported or transmitted in or affecting interstate or foreign commerce or using any means or facility of interstate or foreign commerce, or that such visual depiction was produced or transmitted

using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a).

## FORFEITURE ALLEGATION
## 18 U.S.C. § 2253

By virtue of the commission of the offenses alleged in this Indictment, any and all interest **ERIC KELSEY SHEPHERD** has in any visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the offenses, any property constituting or traceable to gross profits or other proceeds obtained from the offenses, and any property used or intended to be used to commit or promote the commission of the offenses, or any property traceable to such property, including, is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2253.

The property to be forfeited includes, but is not limited to, the following:

**COMPUTERS, CELLULAR PHONES, AND ASSOCIATED EQUIPMENT**:

a. Motorola Razer RZ35-0215, IMEI: 353434098156619
b. All software and peripherals which are contained on or associated with the listed computers and/or cellular phones.

A TRUE BILL

FOREPERSON

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-3:** Not less than 15 years nor more than 30 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release, BUT

If such person has a prior qualifying conviction under this chapter, section 1591, chapter 71, chapter 109A, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, such person shall be fined under this title and imprisoned for not less than 25 years nor more than 50 years; or

If such person has two prior qualifying convictions under this chapter, section 1591, chapter 71, chapter 109A, or chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, such person shall be fined under this title and imprisoned for not less than 35 years nor more than life.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:** Restitution, if applicable.