7/29/24

To The Honorable Judge

My name is Caleb Embry of W milestone, Bardstown, Ramp worker at UPS

I've know Eric for 8 years, through out the years he's been a great friend, family oriented, and a working member of society, I've know him to be there fore both his friends and family. And has been there for me personally on many occasions.

He's held employment on multiple occasions and I feel that he is a productive member and will continue to do so once his case is over. He is a very hard worker and strives for what he sees for himself, I feel like he will continue to show a lot of carrier promise.

Im hopeful that the experience of everything has taught him the lesson he needed to learn, and he won't repeat anything to get him back in the situation he's in. Thank you for your time

Yours sincerely

Caleb Embry