Crystal Tucker
Grandmother



07-30-2024

Dear Honorable Judge Caldwell,

I am Eric Shepherd's grandmother. Eric was my first born grandchild and we had a close bond.

I am writing this letter on behalf of Eric Shepherd, and am asking for leniency.

I have lived next door to Eric since 2005. He was always a great help to me. He did my yard work, mowing and trimming trees. He did repairs in my home from fixing ceiling fans to replacing my sump pump. He was a whiz at repairing vehicles. I had a car that was totaled. He pulled out the frame and kept it in running condition.

I interacted with him on a daily basis, including taking him and my other grandchildren to school.

I also took Eric to his friends houses and other places.

Growing up, Eric did have delusional problems. Sometimes at night, he would insist he would see someone in the truck or somewhere else. I would look and not see anything. This would happen from time to time. He said he would mostly see things at 3am or around that time. I saw the same characteristics in his grandfather, who was diagnosed with paranoid schizophrenia.

I saw his emotional and empathy in caring for others. He would always buy thoughtful gifts for his family, siblings, cousins and so forth. He acknowledges what he has done and knows it was wrong. His parents love him and would help him. Eric has a great family support system to help him get back into society. He would always have a place to stay with me and rides to places he needs to go.

Thank you for taking the time to read this.
Sincerely,
Crystal Tucker