Eric Shepherd



July 28, 2024

Dear, Honorable Judge Caldwell,

I am writing to offer my support for my son, Eric Kelsey Shepherd, regarding his upcoming sentencing. My name is Eric Shepherd, and I am Eric's father. My wife, Kelly, and I have been actively involved in Eric's life since birth, raising him alongside his siblings.

Eric has always been a thoughtful and caring individual, consistently displaying kindness and willingness to help others, even when he had little to give himself. His generous nature has been evident throughout his life, as he frequently went out of his way to assist friends, family, and even strangers in need.

However, Eric has faced significant challenges due to various mental health issues. He has been diagnosed with a psychotic disorder and has struggled with understanding the consequences of his actions. His mental health has been a constant battle, and he has seen multiple psychiatrists and taken medication to manage his condition. When Eric was on medication, we observed a notable improvement in his behavior, particularly with his paranoia and other symptoms.

The offense for which Eric is being sentenced is entirely out of character for him. As his father, I firmly believe that Eric did not fully understand the criminal nature of his actions, partly due to his mental health struggles. This incident has been a harsh wake-up call for him, and he now understands the gravity of his actions. It is important to note that Eric has no prior criminal history, indicating that he is unlikely to reoffend in the future.

Eric has always had a strong support system, including his immediate family and extended family members. I ran a communication company and Eric had worked on the construction crew for many years, performing well under supervision, particularly while on medication. He has accepted that he needs continuous mental health treatment and medication to manage his condition effectively.

While I recognize the seriousness of the crime and the necessity for punishment, I believe that Eric deserves a second chance at life. He requires ongoing mental health evaluation and support, which we hope he can receive while incarcerated. Our family remains committed to supporting him throughout

Eric has throughout is entire life , even while he always struggle with is own mental health issues as always shown empathy and a huge heart toward not only his family but complete strangers also. He has always seen the good and everyone , he would do whatever he could to help anyone. I know with treatment and medication he can and would be a productive law abiding citizen. I strongly hope all this will be taken in consideration upon sentencing. We pray that he will be given another chance at life .

Thank you for considering my letter. Please do not hesitate to contact me if you have any further questions.

Sincerely,

Eric Shepherd

*[signature]*

7/28/24