Kelly Shepherd

[redacted]

7-31-2024

Dear Honorable Judge Caldwell,

    My name is Kelly Shepherd, I am Eric Shepherd's mother. I am a stay at home mom and was also for most of Eric's youth. We have had a close mother-son relationship. I know Eric very well, I know his true character as a person. He is a considerate, kind, loving, caring, helpful, nonjudgmental, generous and supportive person. I realize that the crime he is charged with would lead someone to believe other wise, but it is not in character with the person I know. I have seen him do good in his life, try to help others. Giving away personal belongings or food to anyone in need without hesitation.

    Eric has also had a very close relationship with his Nana, his maternal grandmother, Crystal Tucker. Eric loved spending time with his Nana in his youth. As he grew older he always went out of his way to help his grandmother out. He would always work on her vehicles when they needed repair, Eric is very mechanically inclined, he never accepted payment, always working on hers and other peoples vehicles for free. He liked to help and he is very good at vehicle repair and maintenance. There were several instances that she would not have had a vehicle to use if it were not for Eric's help.

    Eric has done many helpful things for his Nana, he has mowed her grass, cut down tree limbs in her yard, he's done home repairs and maintenance, fixing hot water tanks, shoring up doors to close properly and eliminate draft, without ever receiving any payment. Just doing the things he did because it was for his grandmother and he loves her and wanted to care for her.

    Eric has always helped me with all kinds of home repairs, things as small as changing a lightbulb I couldn't reach to climbing into the attic

and deep cleaning my HVAC units when they stopped working. He always changed the oil in my van and helped with maintenance and repairs of all kinds. He has always been very caring and concerned with my well being. If ever he saw me upset he would always ask me if I was ok and if there was anything he could do to help or if I needed anything. He has always shown a generous heart.

I've seen him go out of his way to help a stranger. During a time when he was living at our home he wanted to donate a lot of his surplus food, this was during the Covid pandemic. He found an ad on online a man had placed asking for food due to his loss of work and inability to feed his family. I was nervous when Eric told me he was going to meet a random stranger from Craig's list but Eric did not hesitate, he packed up all the food and drove 30 minutes away to meet a stranger off the parkway to help him feed his family. Needless to say the man was very thankful for the food.

Eric has always had close relationships with all of his family, especially his younger brother Matthew. They have been friends and brothers, even living together for a time. Matthew has always enjoyed hanging out with Eric and Eric has taught Matthew many skills. Showing him how to maintain his car and teaching him how to make repairs when needed. I know Matthew really misses having his big brother in his life. Matthew has also always been a source of moral support for Eric as well.

I want to try and communicate some of Eric's childhood and medical history. In grade school Eric received assessments at school and it was determined that he had the following learning disabilities: speech delay, developmental delay, and emotional-behavioral disability [EBD]. He was on an IEP during his school years due to these disabilities. He was placed in special education and easily influenced by peers. Doctors put him on different medications for ADHD in grade school and middle school.  When he was about 12 he started going to therapy at the office of Lucky Collins in Danville,  I was told that she saw Asperger's syndrome in him, which I later learned is part of the spectrum of Autism.

Mental health disorders are in the genetics on my side of the family. Eric's maternal grandfather was schizophrenic and I have seen Eric experience psychotic episodes. In his teen years he would be scared of something that wasn't there. There were occasions on which he would come in our room in the middle of the night seriously scared, not a normal kind of scared but the kind of scared that would imply it was life threatening without there being a real life threat. He would also hear voices that said bad things, hearing voices was something that would happen frequently. Eric would sometimes hear music coming from inside the walls of our hallway, I remember watching him sit there and listen to what he heard. He saw figures

that were not there. He would talk about the man in black he would see in our back yard.

When he was about 15 he was put on Risperidone, an antipsychotic medication.

In 2011 he was accepted into a "real life transition" program. Soon after his being there we where contacted by the therapist he was seeing, Ephraim Hanks, there were serious concerns about Eric's mental well being and staff felt it wasn't the right place for him. But Dr. Hanks thought he could help Eric, this is when he was diagnosed with a psychotic disorder by the facility's doctor , Dr. Danny Worwood, and he was prescribed Seroquel, this medication really seemed to help him. He excelled in the program after this.

Having been told when Eric was young that he was on the Autism spectrum, then he developed psychotic symptoms in his teens and 20's, I learned that research shows these are related, many children who have autistic symptoms in childhood develop schizophrenic symptoms in adulthood. Onset of symptoms of disorders on the schizophrenic spectrum can start in teens. He also has a genetic predisposition to this type of psychosis.

Eric has always had serious mental health struggles. He really needs to be able to get the help he needs. He was in a better mental state when on medication. As an adult he stepped himself down off the medication. In his 20's I noticed diminished motivation, being very irritable, depression and suicidal thoughts. Eric was admitted a couple of times for being suicidal. While incarcerated recently he texted me about hearing the voices again he needs to be able to get help for the psychosis he still experiences.

Eric has health issues that include his physical and mental health. He has ulcerative issues we believe due to a period of time as a teen when he was eating toothpaste regularly. Eric has multiple food allergies and sensitivities. Eric also has asthma.

Being incarcerated thus far has been a very painful experience for Eric, both physically and mentally. I truly believe he will not infringe upon the law in the future. Eric has learned important life lessons during his time so far. He's experienced the pain of being locked in a cell. He has had 5 to 6 teeth pulled while incarcerated. Each time having to wait months in extreme pain to see the dentist on a waiting list. I truly believe the pain he's suffered while in jail has taught him the importance of being a good member of society. He has expressed remorse to me for his crime. I know he deeply regrets the pain and grief he has caused. I know if given a chance and mental health help he will do better and strive to be better.

While I realize Eric was an adult I also believe he hadn't fully understood the consequences of his actions at the time due to his mental health struggles.

I truly believe that Eric will be able to be a productive member of society after this case is over. He has so much family support here for him. Eric is talented, inventive and very good with mechanics. He would do well in any job where he could build or repair, possibly in an auto shop or in construction. My husband Eric Shepherd, Eric's father, is in the handy man services. I know Eric would always have a place to work with his dad. He has worked with him throughout the years and has always been a wonderful help.

I am asking for you to give Eric a chance to do better, I am asking for him to have a chance. This transgression is not determinant of his true character, I know Eric and I know the goodness inside of him. I know the good he is possible of doing. While this is a bad circumstance this does not define who he is. I will always be here for him, to assist with housing , transportation, work and emotional support. He has an incredible family support system. He will always have support in finding a place in society. Eric will always have somewhere to live upon release and any assistance needed with finding work or transportation.

I want to thank you for taking the time to read this letter.

With my Sincerest Gratitude

Sincerely,

Kelly Shepherd

*Kelly Shepherd*