Michael Bryant

July 31st, 2024

Dear Honorable Judge Caldwell,

I, Michael Bryant, have known Mr. Shepherd his entire life. I have worked with his father for thirty years off and on. Most recently, I have been Little Eric's landlord. I have called him Little Eric since the time he was born. I have also worked with Little Eric on various projects in the telecommunications business. Little Eric is the same age as my kids and our families have spent a lot of time together (birthday& family gatherings).

Knowing Little Eric growing up, he was always a friendly kid who showed respect to others. During his teenage and young adult years, we worked together on many projects and his demeanor has stayed the same; always very respectful. As a tenant, I had no issues, and he paid his rent on time. He took good care of my house and often helped with repairs. At times he has helped me with mechanical issues. He is very smart and can do about anything he sets his mind to.

With others, I have only witnessed Little Eric being kind and helpful. I have never heard of him having any issues with others. Because of his height, Little Eric would get a lot of attention when we were out in public, and many people would come up and ask him "do you play basketball" or "how tall are you?" Little Eric was always kind and smiled and answered the same questions over and over. I do not know any details, but I could not see Little Eric doing any harm to another person.

Sincerely,

Michael Bryant