Mitchell Polly

The Honorable Judge Caldwell

Court Name: _____

Court Address: _____

08/01/2024

Re: Character Reference for Eric Shepherd

**Dear Judge Caldwell,**

I am writing to provide a character reference for Eric Shepherd, who is my Friend and whom I have known for 30 years . I am aware of the charges brought against him and the upcoming court proceedings, and I believe it is important to share my perspective on his character and conduct.

I have had the privilege of witnessing Eric Shepherd demonstrate unwavering integrity, compassion, and responsibility throughout our acquaintance. Eric Shepherd has always been a person of high moral character, displaying honesty and truthfulness in all his interactions. Eric Shepherd has consistently shown respect for others, treating individuals from all walks of life with dignity and kindness.

Based on my knowledge of Eric Shepherd, I firmly believe that the actions alleged in the charges against him are uncharacteristic of his true nature. I genuinely believe that Eric Shepherd is a person of integrity who made a mistake, and is deeply remorseful for the consequences it has caused.

I kindly request the court's consideration of Eric Shepherd's overall character and previous contributions to society. I am confident that with appropriate guidance and support, he will continue to positively contribute to the community. I firmly believe that Eric Shepherd deserves an opportunity for redemption and rehabilitation.

Thank you for taking the time to review this character reference letter. Should you require any additional information or further clarification, please do not hesitate to contact me at the provided contact details.

Sincerely,

Mitchell Polly