Stacy Tucker

7-30-2024



Dear Honorable Judge Caldwell,

    I am writting this letter on behalf of my nephew, Eric Shepherd. He has always been a loving and caring nephew. I have seen the good in him his whole life. He has always had a happy persona and connected well with others. He has acknowledged what he has done is wrong. This does not define who Eric is as a person. He has always went over and beyond to be helpful to the family. His absence is a great loss.

    When my daughter, Hailey turned 16, Eric gave her driving lessons. Throughout Eric was patient and understanding with her, as their grandmother and I had a difficult time with teaching her.

    I do need you to know whenever we do get him back he has an amazing family support system, including me, his mother and father, his grandmother and his siblings. Eric has been a big support in our lives. He is always there to help, to do yard work, maintenance on my car, plumbing and as a support to me. He is very creative and bright and even wrote a book that was published. He is a very loving and warm human being. Someones actions do not define their person. I know he wants to make amends and do better with his life. I know you will not be disapointed. All I ask is that he get a chance to prove he can be a better person.

Thank You Very Much,

Stacy Tucker