The Honorable Judge

My name is Tina Portwood and I am a caregiver of my son who is comatose for the last 21 years. I am writing in regard of Eric Shepherd I have known him since he was a child and he is my grandson's cousin and I have always felt like a grandmother to him. Eric and my grandson and my youngest son are all the same age and hung around each other when they were young. Eric lived with us for about a year. Him my grandson and son was all going to high school together. Eric was always respectful to me and if I needed help doing something he would jump right in and help me. Eric and I had a lot of long talks when he had a problem. Eric had issues and always did I know his parents always tried to get him the help he needed. I know Eric did work when he was on his own and started working he would come by and borrow some money till his next pay day he was always here to pay me back when he said he would. Eric called me from jail and told me he had been arrested and not to believe everything I hear. When I read in the newspaper the charges I was shocked and would have never thought of Eric doing something like that. We haven't spoken since then. I'm sure he didn't want to talk to me about it. I do know the Eric I knew was always kind and respectful to me. I don't know much about his case I haven't talked to his parents about it cause I'm sure they are dealing with enough. Your honor I hope you can take in consideration Eric is a good kid and has wonderful, loving, caring parents. I don't know if Eric got around the wrong crowd of people I just know something must have went wrong with Eric I knew to behave like this. I'm sure Eric knows the wrong he has done and has learned a hard lesson and he has to live with it for the rest of his life.

Thank you for your time Tina Portwood